**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 1, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00614-CV

### IN RE TIMOTHY AGUILAR, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1154879**

## MEMORANDUM OPINION

On September 8, 2020, relator Timothy Aguilar filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Lesley Briones, presiding judge of County Civil Court at Law No. 4 of Harris County, to vacate her July 14, 2020 order granting the motion for protection from relator's non-party discovery.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain.